ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| JAMES GRANT, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHATHAM COUNTY JAIL; AL ST. ) <br> LAWRENCE, *Sheriff*; MRS. MOODY, ) <br> *Nurse, Medical Department, Chatham* ) <br> *County Jail*, ) <br> ) <br> Defendants. ) | Case No. CV407-185 <br> [CV408-003] |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 25th day of FEBRUARY, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA